```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

Nicole Hanlon Clock

    v.                                    Civil No. 09-cv-379-JD

United States of America

### PROCEDURAL ORDER

The movant has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence ordered by the court following the movant's trial in United States v. Nicole Clock Hanlon, No. 07-cr-245-01-JD.

The court orders the United States Attorney to file an answer within sixty (60) days of the date of this order, which answer shall provide a detailed response, with appropriate references to the record when necessary, to each claim asserted by the movant.

In the event that the United States Attorney contends that the motion is not timely filed under the limitations provided for in 28 U.S.C. § 2255 or that it is a second or successive motion, a motion to dismiss in lieu of a response shall be filed within thirty (30) days of the date of this order.

SO ORDERED.

                                                  /s/ Joseph A. DiClerico, Jr.
                                                  Joseph A. DiClerico, Jr.
                                                  District Judge

November 17, 2009

cc:  Nicole Hanlon Clock, pro se
     Aixa Maldonado-Quinones, Esquire