UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Nicole Hanlon Clock</u>

    v.                              Civil No. 09-cv-379-JD

<u>United States of America</u>

PROCEDURAL ORDER

    Nicole Hanlon Clock ("Clock") filed a pro se petition, pursuant to 28 U.S.C. § 2255, to set aside her conviction and sentence. She asserts that her criminal defense attorney, Assistant Federal Public Defender Jessica Brown, provided ineffective assistance of counsel. The government asked Clock to execute a waiver of her attorney-client privilege, which she did. Notwithstanding the signed and notarized waiver, Attorney Brown declined to respond to questions regarding the ineffective assistance claim absent a court order that she do so.

    The court ordered Attorney Brown to file an affidavit responding to the allegations in Clock's § 2255 petition, including the attached statement of supporting facts. Attorney Brown complied with the order, and filed her affidavit March 29, 2010.

    The government shall file a response to the petition based on the record, including the affidavit of Attorney Brown and the record in the underlying criminal case, <u>United States v. Hanlon</u>,

07-cr-245-JD. After the answer has been filed, the court will determine whether an evidentiary hearing, under Rule 8 of the Rules Governing § 2255 Proceedings for the United States District Courts, is necessary.

## Conclusion

The government shall file an answer within sixty (60) days of the date of this order, which answer shall provide a detailed response, with appropriate references to the record when necessary, to each claim asserted by the movant.

SO ORDERED.

                                                 /s/ Joseph A. DiClerico, Jr.
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

May 18, 2010

cc: Nicole Hanlon Clock, pro se
     Aixa Maldonado-Quinones, Esquire